IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BRENDA ANN GRISEL,<br><br>　　　　　　　Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br><br>Case No. 2:13-CR-717 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release. For the reasons discussed below, the Court will grant the Motion.

## I.  BACKGROUND

On July 1, 2015, Defendant pleaded guilty to conspiracy to distribute oxycodone. On February 11, 2016, Defendant was sentenced to a term of 12 months and 1 day in the custody of the Bureau of Prisons, to be followed by 36 months of supervised release.

Defendant began her term of supervision on November 21, 2016. In her Motion, Defendant represents that she has complied with the terms of her supervised release. Defendant states that she has maintained gainful employment, attended drug treatment classes, and has remained drug free. Consultation with Defendant's supervising officer confirms that she has complied with the terms of supervision.

## II.  DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the

entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## III. CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 423) is GRANTED. It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

DATED this 30th day of April, 2018.

BY THE COURT:

_____
Ted Stewart
United States District Judge